PS 8
(Revised 12/04)

| ✓ FILED | _____ RECEIVED |
| _____ ENTERED | _____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

**AUG 2 8 2012**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEVADA

U.S.A. vs. MARK VERLOOP                    Docket No. 3:12-CR-0035-LRH-VPC

### Petition for Action on Conditions of Pretrial Release

COMES NOW JENNIFER SIMONE, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MARK VERLOOP, who was placed under pretrial release supervision by the Honorable WILLIAM G. COBB, in the Court at Reno, on March 26, 2012, on a personal recognizance bond, with the following conditions:

1. Pretrial Services supervision;
2. Maintain current residence, and do not move without prior approval of Pretrial Services;
3. Maintain or actively seek employment;
4. Refrain from possession of a firearm, destructive device, or other dangerous weapon;
5. Avoid all contact with any person under the age of 18 unless in the presence of another adult;
6. If applicable, comply with all registration requirements under the Sex Offender Registration and Notification Act (SORNA); and,
7. The defendant shall participate in the location monitoring program (RF monitoring - Home Detention component).

On May 29, 2012, upon the defendant's change of plea, Your Honor modified the defendant's bond, allowing him to participate in the curfew component of location monitoring in place of the home detention component of location monitoring.

Respectfully presenting petition for action of Court and for cause as follows:

1. Based on the defendant's reported feelings of depression and anxiety, it is recommended he participate in mental health treatment program.

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND IS MODIFIED, ADDING THE FOLLOWING CONDITION: The defendant shall participate in a mental health treatment program as deemed necessary by Pretrial Services, and pay associated costs based upon his ability to pay.

ORDER OF COURT

Considered and ordered this 28 day of August, 2012, and ordered filed and made a part of the records in the above case.

_____
Honorable Larry R. Hicks
United States District Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 27th day of August, 2012.

Respectfully Submitted,

_____
Jennifer Simone
United States Pretrial Services Officer

Place: Reno, NV